HARVEY X (Robinson)
(Name)
R.J.D.C.F. I PO BOX 79900
(Address)
San Diego, CA 92179
(City, State, Zip)
T 94846
(CDC Inmate No.)

2254      1983
**FILING FEE PAID**
Yes___  No___
**IFP MOTION FILED**
Yes___  No___  By___
**COPIES SENT TO**
Court ✓  ProSe___

**FILED**
MAR 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# United States District Court
## Southern District of California

HARVEY X (Robinson) T 94846
(Enter full name of plaintiff in this action.)

                    Plaintiff,

v.

San Diego County Sheriffs Deputy Russell
S.D.C.S.D. Morrissey
S.D.C.S.D. Grihalva
S.D.C.S.D. SGT meeks
S.D.C.S.D. MAC Kraten
S.D.C.S.D. Chong
S.D.C.S.D. Olson      Also Defendants
(Enter full name of each defendant in this action.)      Defendant(s).
Does 1-4 (To be named later After discovery)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

'08 CV 0487 H NLS
Civil Case No.
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to
assert jurisdiction under different or additional authority, list them below.
Jurisdiction is Pursuant To 28 U.S.C. § 1343(A)(3) & 42 U.S.C § 1983

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, HARVEY X (Robinson)
(print Plaintiff's name)
Were Grossly & Egregiously violated who presently resides at R.J.D.C.F. I PO BOX 799004
(mailing address or place of confinement)
Plaintiff's Eighth Amendment's Rights Were Violated (Huh), were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at San Diego County Jail Central
on (dates) APRIL 13 2003 MAY 15 2003 _____, _____, and APRIL 12 2003
(Count 1)          (Count 2)          (Count 3)
_____
(institution/place where violation occurred).
Count (4) 5-30-03
on date.

§ 1983 SD Form
(Rev. 4/06)

CR

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant **Russell** _____ resides in _San DieGo_ _____,
(name)                                              (County of residence)

and is employed as a _SanDieGo County Sheriff's Deputy_. This defendant is sued in
(defendant's position/title (if any))

(his)/her ■ individual □ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: _This defendant was A County employee who Knew_
_That on 5-15-03, his "maliciously" and deliberately Slamming Plaintiffs_
_hand in the Tray Slot Serfed no "Penalogical" Purpose Went beyond the bounds of the B_

Defendant **Morrissey** _____ resides in _SANDIEGO_ _____,
(name)                                              (County of residence)

and is employed as a _SanDieGo County Sheriff's Deputy_. This defendant is sued in
(defendant's position/title (if any))

(his)/her ■ individual □ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: _This Defendant Use the badge of San Diego County Sheriffs_
_Defty when he "Threaten me" With "Criminal Threats and Racial Slurs_
_and Went beyond the bounds of the protcol for A "SanDiego county Deputy Sheriff,_

Defendant **GrihalVA** _____ resides in _SAN DIEGO_ _____,
(name)                                              (County of residence)

and is employed as a _SanDieGo County Sheriff's Deputy_. This defendant is sued in
(defendant's position/title (if any))

(his)/her ■ individual □ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: _Defendant GrihalVA WAS the Pro-Per defty and As Such_
_Knew enough About the law to Know that A Pro-Per detainee Covidn't be denied legal_
_law library which they had A importunt motion Coming up. defendant Grihalva Went Beyond there Bou_

Defendant **SGT MeeKS** _____ resides in _____,
(name)                                              (County of residence)

and is employed as a _San DieGo County SerGeant DePuty_. This defendant is sued in
(defendant's position/title (if any))

(his)/her ■ individual □ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: _Defendant MeeKS Knew or Should have Known that_
_his officers, fellow Deputies Violated Plaintiffs Civil Rights by_
_Using "Excessive" and Unnecessary force When EScorting him out of th_
_Jail (libary), and he did nothing to instrure_

Defendant _____ resides in _____ (County of residence)
(name)

and is employed as a _MACICRAKEN_. This defendant is sued in
his/her ■ individual □ official capacity (check one or both) Explain how this defendant WAS Ac
under color of law _When he refuse To STOP TWO "Hispanic_
detainees from Wantonly and brutally "Assaulting Plaintif
on 5-30-03, AT San Diego County Jail Central.

Defendants CHONG _____ resides in San Diego ,
                                      (County of residence)

and is employed AS A San Diego County Sheriffs Deputy This defendant is sued in
                      (defendant position/title if any)

(his)/her ~~an~~ individual ☐ Official Capacity. (Check one or both) Explain how this
defendant was acting under color of Law When he conspired to "assault"

me along with Defendant MacKraken, they went beyond the law

When they engaged in "criminal" Practices against Plaintiff

Defendant  Olson _____ . resides in  San Diego
            (Name)                       (County of residence)

and is employed AS A San Diego County Sheriff's Deputy This defendant is sued in

(his)/her ☐ Individual ☐ Official Capacity. (Check one or both) Explain how this
defendant was acting under color of Law Olson assaulted and Used "Excessive

Force on Plaintiff When he "Assaulted". Plaintiff and went beyond

The ~~bonds~~ bounds of A "Sheriff" and Violated Plaintiffs Civil Rights

* Please note plaintiff Plans to include Does 1-4
  When "discovery is done and "Amended Complaint
  is undertaken.

2 (A)

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: S.D.C.S. Violated my Right to be Free From Cruel and unusual punishment under the US Constructions Eighth Amendment, # Also medical care specifically • Deliberate indifference to my serious medical needs due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

Plaintiff Asserts That on the following dates his civil Rights were Violated by the Aforemention San Diego County Sheriff's Deputies, The First incident was April 3, 2003, At San Diego County Jail (Central), When I was Physically & sexually Assaulted by 4 San Diego County Deputy Sheriffs who entered my cell on the above date and told me to stand up while They Tuff-Cuffed Me Against the wall they Threw A Cover over my head and told me not To move well one deputy put some object up my rectum I was in "Excruciating pain and told them to stop They had Some kind of Plastic or maybe latex glove on they beat me & sexually abused me for maybe 10-15 minutes then They took me down the Tier like This and said I had A "weapon". This incident has Caused me to have "Panick Attacks," Nightmares, and Headaches, The next day Two IA investigators showed up and I was Taken to the hospital where They the (Two IA) investigators witness the RN At San Diego County Jail Central Remove some object from my "Rectum." I was Then transported to Villa View hospital For A "Sexual Abuse" Treatment and there I was Examined by Nurse Also This Event was "Traumatizing", and brought Great Mental Anguish Upon Plaintiff All Defendants in volve Does 1-4 Acts, Action and methods had No objectives, directives, or aims in the penal system and were done To cause Harm, The Defendants and were not Resonary Related to security.

§ 1983 SD Form
(Rev. 4/06)                                                                3

Count 2: The following civil right has been violated: Plaintiff's Civil Rights Under

(E.g., right to medical care, access to courts,

First Amendment "Freedom to Redress Goverment", Access To Courts

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment,
etc.) Freedom of Speech & Due Process of law

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in
your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant,
by name, did to violate the right alleged in Count 2.] Plaintiff States That on 5-14-03, Defendant Grihalva Was
The Pro-Per Deputy and As Such Was directly responsible
for ensuring That Plaintiff Received Access To the courts
via the County Jail law library defendant Grihalva
Was involved in A "Conspiracy" Against Plaintiff With his
other fellow Deputies because Plaintiff Was on DF
Disciplinary Isolation, however As A Pro-Per Detainee
Plaintiff Was Still Entitled to law library time because
he had motions and other legal business to do With
respect to his case, Deputy Defendant "Grihalva Wouldn't
allow Plaintiff to "utilize the Jail library in Violation
of Appellant's Civil Rights. Plaintiff Further asserts That
MS. Julie Hardoff Works With Pro-Per deputy and
defendant "Grihalva" She has openly lied on This
Plaintiff in regards to belong to "Some Type of
Gang" That's Why he is in Green, Which she
MS. Hardoff has No Knowledge Of and if ask
To "Substantiate" her Claim She Couldn't do
it. Plaintiff Also Points out That" Defendant" Morrissey
has Constantly "Harrassed Plaintiff, Threaten Plaintiff
and called him names like you "Black Niggen" and
Constantly Called me by My First name Harrassment means
"A Willful Course of Conduct directed AT A Specific Person,
Groue, or entity Which Seriously Alarms, Annoys, or terrorizes
That Person, Groue, or entity and Which Serves no legitimate Purpose
Plaintiff States That All the defendants have engaged in
This Pattern of Conduct Which Served no legitimate Purpose
and WAS "Arbitrary" and "Capricious".

§ 1983 SD Form
(Rev 4/06)

4

<u>Count 3</u>: The following civil right has been violated: Cruel and unusual Punishment
(E.g., right to medical care, access to courts,
" Due Process", "Medical Care" Retaliation .
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment,
etc.)

<u>Supporting Facts</u>:  [Include all facts you consider important to Count 3. State what happened clearly and in
your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant,
by name, did to violate the right alleged in Count 3.]

Plaintiff asserts that Defendant meeks Present on
4-21-03, When Plaintiff Was "Assaulted" in the San Diego
County Jail Law library, by defendant "Olson" who
Clearly used a "Excessive" force on Plaintiff
and hollared "Racial" Slurs, SGT. meeks
Was in a Position of Authority When This
incident occurred in the "Prison law library"
the San Diego Deputies were Attempting
to Thwart Plaintiff's Effort to Reccive
a fair Trial As he (Plaintiff Was Pro-Per
at the time and had to Vocerferously
litigate his case As A Trained Attorney
Would and SCSD (Herein San Diego County
Sheriffs deputies) in "Concert" (Conspired)
and Retaliated Against Plaintiff As the
record Will "Clearly" Show and Attest
to. Plaintiffs states that on or about April 21, 2003
he Was A Occupant in San Diego Sheriffs County Jail
in the law library doing some Legal Research When deputy
Deputy "Olson" First told me if I didnt Get up "Right"
Now he would "Kill" my Black ass, I Was on the phone
with my Private investigator Mr. Geary E. McMurray
When this Event occurred natirally I told him about what
Was happening I immediatly hung up the phone, and asked
Defendant Olson if I could stay longer because Defendant
Grihalva Said I could Stay until 1000 p.m Olson Was.

§ 1983 SD Form
(Rev. 4/06)

5

<u>FAILURE To Protect</u>

SUPPORTING FACTS:

Plaintiff states that on 5-30-03, he was a "pre-detanee at San county Jail (Central). I was expecting day room and my normal procedure is to get at the "Control officer" to see if I could come out, anyway the "Control" officer didn't answer I found this to be strange and then all of a sudden my door opens, but prior to this Defendants MacKraken & Chong Threaten me with "Physical" harm, anyway, The doors opened and I went out their were two Hispanic Detainees already out which made this whole situation very "Peculiar", I looked at the two Hispanic Detainees and proceeded to the floor intercom before I could get there the "Hispanic" Detainees rushed and attacked me and "brutally" assaulted by these two Hispanic Detainees at the time I was "Stabbed repeatedly by one of the detanees leaving me to have 20-25 staples in my head. I was "Traumatized by this event and there is no way the door mysteriously opened it was opened "deliberately" and expressly for me to get "assaulted" I saw and spoke to one of the perpetrators of this "assaut" who told me face-to-face on the elevator as we were both going to a court hearing that the "Sheriff's paid him to do that him and his cell-mate, know this too that it is virtually impossible for a locked and secured door as the ones downtown at (Central) to just "mysteriously" pop open. Plaintiff also points out that all the while why he was getting beaten the deputies MacKraken, Chong and other deputies watched and laughed while in the Sally Port of the unit and did not attempt to stop this "Brutal" assault that based on information and belief was orchestrated by the San Diego County Sheriffs deputys and carried out by two Jail pre detanees.

5(b)

Continuation from P9 5

very "Adamant" About me leaving he aggressively grabbed my left arm and ruff-cuffed me wherein there was very little blood circulation in my waist and violently pushed my face against the wall causing it to bruise. While all this was taken place Sgt Meeks & Sgt Williams witnessed this whole violent & illegal scene and did nothing to stop, intervene, or check defendant Olson blatant disregard for sheriffs policy and my civil rights to be free from cruel and unusual punishment. Defendant Olson knew or should have know that his actions of "violently" and "wantonly" grabbing on me and rough cuffing me when my arm was already injured further and advanced no policies, actions, or directives of the county code of regulations expressly the San Diego county sheriffs department and were not "reasonably related to security and were not done "Maliciously and "sadistically to cause harm to plaintiff. Plaintiff must assert that during this period of March 2003 to June 2003 you can trace the level of incidents on a "parallel line against plaintiff and the common thread is "Retaliation" against plaintiff for his filing grievances, "citizen complaints" and other legal remedies The San Diego county sheriffs department sheriff deputies were relentless in their acts, actions, and methods of punishing this plaintiff, if they could not directly do it they got detainees to do it as you will clearly see, plaintiff states that deputy Gaihalva knew of his impending court dates and so refuse to let plaintiff utilize the jail law library using the DI (Disciplinary Isolation) to deny plaint legal access to the jail law library to do meaningful legal research for a two-week period when he knew or should have known that his actions were patently illegal and had no foundation or substance and the denial was was again a pattern in the conduct of many San Diego county sheriffs deputies who practiced and carry out a criminal and "Terrorist" campaign against plaintiff in the name of security, and public safety.

5(A)

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____ NO _____

Defendants: _____ NO _____

(b) Name of the court and docket number: NO _____
_____ NO _____

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____
_____ NO _____

(d) Issues raised: _____ NO _____
_____ NO _____
_____ NO _____
_____ NO _____
_____ NO _____

(e) Approximate date case was filed: NO _____

(f) Approximate date of disposition: NO _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not sought.

Plaintiff Spoke to the "Watch Commander" and, Also the Sergeants, and all corporals who were on about the Problems he was having with the Defendants mentioned in the Complaints he tried to reason with all Sheriff Personal in A "Amicable" way but they all "Acquiesced" and went along with the Defendants Right or Wrong So this lead to the Situations and Circumstances Described within this Complaint in which the San Diego County Sheriff's Deputy Deputies " Egregious " Actions lead to Plaintiff's Civil Rights being Violated.

§ 1983 SD Form
(Rev 4/06)

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): _None_

_N/A_

_N/A_

_N/A_

2. Damages in the sum of $ _2.5 million_

3. Punitive damages in the sum of $ _2.5 million_.

4. Other: _Such relief This Honorable Court Deems Just, Equitable and Prudent according to Proof_

**F. Demand for Jury Trial**

Plaintiff demands a trial by ■ Jury □ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

■ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

□ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

_1-12-08_
Date

_Harvey K (Robinson)_
Signature of Plaintiff

COUNT 4:   The Following civil Right has been VIOLATED: Cruel and Unusual Punishment

"Failure To Protect"

SUPPORTING FACTS:

Plaintiff states that on 5-30-03, he was a "Pre-detainee At San county Jail (Central), I was expecting dayloom and my normal procedure is to GET AT the "Control Officer" to See IF I could Come out, anyway The "Control" Officer didn't Answer I found this to be strange and Then all of a sudden my door opens, but prior to this Defendants MACKraken & Chong Threaten me with "Physical" harm, anyway, the Doors Opened and I went out There were Two Hispanic Detainees already out which made This whole Situation very "Peculiar", I looked at the two Hispanic Detainees and proceeded to the floor intercom before I could GET there the "Hispanic" Detainees rushed and Attacked me and "brutally" Assaulted by these two Hispanic Detainees at the time I was "Stabbed Repeatedly by one of the detainees Requiring me to have 20-25 Staples in my head, I was "Traumatized" by this event and there is no Way the door mysteriously Opened it was Opened "Deleberately" and Expressly for me to GET "Assaulted" I saw and Spoke to one of the Perpetrators of this "Assault" Who told me face-to-face on the elevator as We Were both going to a court hearing That The "Sheriff's Paid him to do that him and his cell-mate, Know this too that it is virtually impossible for a locked and Secured door as the ones downtown At (Central) to Just "mysteriously" Pop Open. Plaintiff Also Points out that all the while Why he was getting beaten the deputies MACKracken, Chong and other deputies WATCHED and laughed While in the Sally Port of the unit and did not attempt to stop this "Brutal" Assault that based on information and belief Was Orchestrated by the San Diego County Sheriffs deputies and carried out by two Pre-detainees.

5(b)

Continuation from Pg 5

Very "Adamant" About me leaving he aggressively grabbed my left Arm and Ruff-cuffed me wherein there was Very little blood circulation in my waist and "violently" pushed my face against the wall causing it to bruise, while all this was taken place SGT Meeks & SGT Williams witnessed this whole violent & Illegal Scene and did nothing to STOP, intervene, or check Defendant Olson blatant disregard for Sheriffs Policy and my civil rights to be free from cruel and unusual punishment. Defendant Olson knew or should have known that his actions of "violently" and "wantonly" Grabbing on me and Rough cuffing me when my arm was already injured further

and Advanced no policies, Actions, or directives of the County Code of Regulations Expressly the San Diego County Sheriffs Department and were not "Reasonably related to security and were done "Maliciously and "sadistically" to cause harm to plaintiff. Plaintiff must assert that during this period of March 2003 to June 2003 you can trace the level of incidents on A "Parallel line against plaintiff and the common thread is "Retaliation" Against Plaintiff for his filing Grievances, " Citizen complaints" and other legal remedies. The San Diego County Sheriffs Department Sheriffs Deputies were Relentless in their Acts, Actions, and Methods of Punishing this Plaintiff, If they could not directly do it they got Detainees to do it As you will Clearly see, Plaintiff States that deputy Gainalva knew of his impending court dates and som... Refuse to let Plaintiff utilize the Jail law library using the DI (Disciplinary Isolation) to Deny plaintiff legal Access to the Jail law library to do meaningful legal Research for A Two-Week Period when he knew or should have known that his Actions were patently Illegal and had no foundation or Substance and the denial was was Again A Pattern in the conduct of Many San Diego County Sheriffs deputies who Practiced and Carry out A Criminal and " Terrorist" Campaign Against Plaintiff in the name of Security, and Public Safety.

5(A)

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____ NO _____

Defendants: _____ NO _____

(b) Name of the court and docket number: NO _____
_____ NO _____

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____
_____ NO _____

(d) Issues raised: _____ NO _____
_____ NO _____
_____ NO _____
_____ NO _____
_____ NO _____

(e) Approximate date case was filed: _ NO _____

(f) Approximate date of disposition: _ NO _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.
Plaintiff Spoke to the "Watch Commander" and, Also the Sergeants, and all corporals who were on about the Problems he was having with the Defendants mentioned in the Complaints he tried to reason with all Sheriff Personal in A "Amicable" way but they all "Acquiesced" and went along with the Defendants Right or Wrong so this lead to the Situations and Circumstances Described within this Complaint in which the San Diego county Sheriff's Deputy Deputies "Egregious" Actions lead to Plaintiff's Civil Rights being Violated.

§ 1983 SD Form
(Rev 4/06)

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

    1. An injunction preventing defendant(s): ___*None*___

___*N/A*___

___*N/A*___

___*N/A*___

    2. Damages in the sum of $ *2.5 million*

    3. Punitive damages in the sum of $ *2.5 million*.

    4. Other: *Such relief This Honorable court Deems Just, Equitable and Prudent according to Proof*

**F. Demand for Jury Trial**

    Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

    In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

    The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

    You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate    **OR**    ☐ Plaintiff requests that a district judge
judge jurisdiction as set forth                be designated to decide dispositive
above.                              matters and trial in this case.

*1-12-08*                          *Harvey K (Robinson)*
Date                                 Signature of Plaintiff

§ 1983 SD Form
(Rev. 4/06)

7

# AFFIDAVIT

## GENERAL

State of California    >
                       >ss   HARVEY X (Robinson) T 94046
County of San Diego    >

Being First Duly Sworn, deposes and says: HARVEY X (Robinson), T94046

1). I AM A STATE PRISONER Currently incarcerated At, Richard J. DONOVAN Correctional Facility, SAN Diego, CALifornia, For A Parole Violation With A New Term.

2). I KNOW OF my OWN Personal Knowledge that San Diego County Sheriff's Deputy's During the Periods of

3) I refer "specifkmy" to the San Diego County Deputy Sheriffs Internal Affair REPORT DATED MAY 23, 2003, Where they say "SUSTained in part" and Thatsusta indicates that Violations of sheriffs Department Policies and Procedures Were Found." I have said All Alone That "SAN Diego" County Sheriffs have been "HARASSing" Me For All the While I WAS in Their Care; they Even GoT TWO "Hispanic" PRISONERS To ASSAULT me While I WAS in "Ad-SEG" Expressly because I WAS WRITING "GRievances and CITIZENS Complaints"; to Address the Rude and unprofessional behAViour Exhibited by the SAN Diego County Sheriff's Deputy, Who's Whole Objective WAS to break my "Political CONSCIOUSness and Kill me.

28 U.S.C. Sec 1746
I declare that the the foregoing IS TRUE and Correct Except These STAtements made based on INFORMATION and belief AS To These I AM INFormed and believe them To be TRUE

_Harvey X (Robinson____)_

Subscribed and sworn to and before me this 9th Day of JANUARY 20 08.

_____
Notary Public in and for said State

**Proof of Service**

I, _Harvey X (Robinson) T94646_ am a resident of R. J. Donovan Prison, in the County of

San Diego, State of California;  I am over the age of eighteen (18) years and am not a party of the above

– entitled action.  My State Prison address is:

480 Alta Road, San Diego, California 92179

On _January 13, 2007_,        I served the foregoing:

_Civil Rights Complaint W/ Informa Papenis Form_
_With Exhibits_

**[ Set forth exact title of document (s) served ]**

on the party (s) herein by placing a true copy (s) thereof, enclosed in sealed envelope (s), with postage

thereon fully paid, in the United State Mail, in a deposit box so provided at R. J. Donovan State Prison,

California, 92179. _Clerk Of The Court_
_United States District Court_
_Southern District Of California_
_880 Front Street Rm. 4290_
_San Diego, CA 92101-8900_

There is delivery service by the United States Mail at the place so addressed, and / or there is

regular communication by mail between the place so addressed.

I declare under penalty of perjury that the foregoing in true and correct.

Executed on the _13_ day of _January_.        at R. J. Donovan State Prison San

Diego, California 92179

_Harvey X (Robinson)_
Signature of Declarant / Prisoner

Pursuant to the holding of the United States Supreme Court in <u>Houston v. Lack</u> 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.

Exhibit
"A"




BOARD OF PRISON TERMS                                          STATE OF CALIFORNIA
## NOTICE OF PAROLE REVOCATION RIGHTS AND ACKNOWLEDGEMENT
BPT 1100
*(Follows the ADA advisement and completion of the BPT 1073.)*

If the charges are referred to the Board of Prison Terms this is what will happen:

- You have a right to written notice of claimed violations of parole (CDC Form 1502b).
- You have a right to all evidence that will be used against you.
- You have a right to an attorney who will be assigned to represent you at all times during the revocation process.
- You have the right to ask your attorney to request an expedited (earlier) probable cause hearing if you have evidence that is a complete defense to the charges that are the basis of the parole hold.
- Effective July 1, 2005, you have the right to a probable cause hearing with your attorney and a Deputy Commissioner of the Board of Prison Terms within 10 business days of today if you are in custody. You have the right to present letters, documents, and speak on your own behalf at this hearing. The reason for the probable cause hearing is for the Deputy Commissioner to determine if there is enough evidence to keep you in custody until your revocation hearing and to try to settle your case on that date. At the probable cause hearing you will also be given the opportunity to discuss and accept or reject the offer given to you by the Deputy Commissioner.
- If you are in custody, you have the right to a revocation hearing within 35 calendar days from the date the parole hold was placed and to receive written notice of the date and time of the hearing.
- You have a right to be heard in person and to present witnesses and documentary evidence in your defense at a revocation hearing.
- You have a right to confront and cross examine adverse witnesses (unless the hearing officer specifically finds good cause for not allowing confrontation).
- You have a right to a neutral and detached hearing officer.
- You have a right to have your revocation hearing within 50 miles of the alleged violation.
- You have the right to subpoena witnesses in your defense to the same extent that the state can subpoena witnesses.
- You have a right to a written statement by the hearing officer as to the evidence relied on and the reasons for the decision and to receive a tape recording of the revocation hearing.

## Acknowledgement
1. I have been informed of my rights listed above.
2. I know that I will meet with an attorney. My attorney will tell me all my rights and the BPT return-to-custody assessment offer.
3. I have a copy of the papers and reports checked below.
   - [✓] BPT Form 1073, Notification of Americans with Disabilities Act completed today
   - [✓] CDC Form 1502(b), Charge Report
   - [ ] BPT Form 1100, Notice of Rights and Acknowledgement
   - [✓] Blank Form BPT 1100(b), Request for Witnesses
   - [ ] Other:_____

I have read (or had read to me) the information above. I have been given copies of the papers, forms, and reports listed above

( *Medically unable to sign* )
_____          _____          _____
Signature of Parolee                          CDC Number                          Date

_____          _____          _1/1 7/07_
Signature of Staff Completing the Actual Notice    Print First Initial, Last Name              Date

NAME _Robinson, H_    CDC # _T9 46_    INST/REGION

BPT-1100 (Rev 12/04)          Distribution: White – C-file, Canary – Inmate/Parolee

BOARD OF PRISON TERMS

**PAROLEE – ATTORNEY DECISION FORM**

STATE OF CALIFORNIA

BPT 1104(b)

**ASSESSMENT OFFER OF:** _____ months    **INELIGIBLE**    **ELIGIBLE**    (circle one)

☑ **NOTICE ACKNOWLEDGEMENT:** I have gotten and understand(or had explained to me) all necessary documents except the following (indicate form name and description or indicate "N/A" if you got everything): _____

*Select one of the five following options:*

☐ **1. ACCEPT:** I accept the return to custody order (assessment offer) and unconditionally give up my rights to contest the charges against me or have a probable cause or full revocation hearing. I also agree to any and all special conditions of parole imposed on me by the Board of Prison Terms.

☑ **2. OPTIONAL WAIVER:** I accept the assessment offer and optionally give up my right to a hearing (probable cause and full revocation) at this time because local charges have been filed. I may choose to have a hearing later (within 15 days of the end of local proceedings).

☐ **3. I request a PROBABLE CAUSE HEARING.** I understand that the assessment offer will remain open until the conclusion of the Probable Cause Hearing.

☐ **4. I request an EXPEDITED PROBABLE CAUSE HEARING.** (Please describe reason for this request on separate sheet. Note, an offer of proof is required to show there is a complete defense to the charges that are the basis of the parole hold).

☐ **5. REJECT:** I reject the screening offer, give up my right to a probable cause hearing, and request a full revocation hearing.

　　　☐ I intend to **admit** to the charges circled below. (Circle the appropriate charge numbers only; those not circled are presumed to be a plea of either deny or no plea)
　　　• **Charges I Admit :**　　1　　2　　3　　4　　5　　6　　7　　8

☐ I need the following ADA and/or foreign language accommodation for my hearing:_____

☐ **WAIVERS:** I give up my right to the following: (*Select all boxes that apply*)

　　　☐ I give up my right to call any witnesses at my full revocation hearing.

　　　☐ I give up my right to call my parole agent to attend my full revocation hearing.

　　　☐ I need _____ more days to prepare. I give up my right to have a timely (probable cause/full revocation) hearing. (Circle one or both).

| Signature of Inmate/Parolee | ☐ Inmate/Parolee refused to sign/appear (circle one or both). Witness: | Date |
|---|---|---|
| Printed Name and Signature of Attorney  Michael D. Breen | Telephone Number  619 66l-9521 | Date  12/3/07 |

**NAME**　　　　　　　　　**CDC NUMBER**　　　　　　　　　**INST/REGION**

BPT 1104-B (Rev 01/05)

Distribution: White-C-file, Green- BPT, Canary- Field File, Pink-Inmate/Parolee, Goldenrod-Attorney of Record

HARVEY D. ROBINSON # 346125
SAN DIEGO CENTRAL JAIL / 7th CEN #B
P. O. BOX 122952
SAN DIEGO, CA 92112-2952

RECEIVED
S.D. SHERIFF'S DEPT

03 APR 14 PM 3:10

OFFICE OF
INTERNAL AFFAIRS

GARY A. CANTRELL, Lieutenant, Internal Affairs Unit
SAN DIEGO County Sheriff's Department
P.O. BOX 429000, SAN DIEGO, CA 92142-9000

MR. CANTRELL,
Im writing this letter to let you
Know that I am in receipt of your Correspondance
dated 4-3-2003. I have some very "salient"
Questions to ASK you Concerning the duties and
responsibilities of San Diego County Sheriffs.
I FIRST MUST LET YOU KNOW THAT AM being Retaliated
AGAINST FOR Filing grievances and helping other
inmates initiate and File grievances & Law
Suits AGAINST SAN Diego County Sheriffs Dept.
I have documented all my allegations and will be
able to prove them all conclusively. Im writing
to get (2) # A "Citizens Complaint Forms, I
ASK for them continuously but the Deputies have
vehemently refuse to provide me with them. I have
also been written up several times by the very
Deputies who I've filed "Citizens Complaints"
AGAINST "Wishaar", Willits And Vargas.
I'd like you to CLARIFY
A very important question to ask. What is your
Policy on asking A SAN Diego County Sheriff's Deputy
his/her name? Im totally blind in my Right Eye
and I have myopia in my LeFT Eye... Im looking
Foward to A speedy Reply to this letter in the near future.
Again Thank you for your assiduous help in
Regard to these matters.
DATED: APRIL 8, 2003                    /S/ Harvey D. Robinson
                                        HARVEY D. ROBINSON

The San Diego Union-Tribune • Wednesday, December 12.

# Sentences eased for crimes linked to crack cocaine

## Decision to apply retroactively; some could be released

**By David Stout**
NEW YORK TIMES NEWS SERVICE

WASHINGTON — The agency that sets guidelines for federal prison sentences voted unanimously yesterday to lighten punishments retroactively for some crimes related to crack cocaine, a decision that eventually could affect about 19,500 inmates and mean freedom for some within months.

The 7-0 vote by the U.S. Sentencing Commission was intended to help narrow the stark disparity that has existed for two decades between sentences for crack cocaine and those linked to the powder form of the drug, a disparity written into law two decades ago when it was widely assumed that crack was more dangerous than the powdered drug.

Since the 1980s, experts have concluded that there are more similarities than differences, and many people involved in sentencing have lamented the fact that black people are disproportionately affected by crack-related sentences. Statistics show that about 85 percent of the federal inmates behind bars for crack offenses are black.

"At its core, this question is one of fairness," said one commission member, Judge William Sessions of the U.S. District Court in Vermont. "This is an historic day. This system of justice is, and must always be, colorblind."

The decision will become effective March 3, at which point many inmates will be eligible to petition a judge to be resentenced under the new guidelines. The delay will give prison administrators and other correctional administrators time to prepare for a surge of applications.

Hard numbers are elusive, but statistics kept by the commission suggest that, on average, an eligible prisoner might have his or her sentence reduced by 17 percent,

and that about 3,800 inmates would be eligible but not assured of release in the next year. But, addressing concerns about public safety, commission members emphasized that judges, empowered by a pair of Supreme Court decisions Monday, will have wide discretion over which inmates will be granted leniency.

Notwithstanding his own remark about the commission making history, Sessions suggested, and the other commission members agreed, that it was up to Congress to rewrite what it did two decades ago. Reacting to images — or perhaps anecdotes — about the evils of crack and the street crime it was presumed to stoke, the lawmakers enacted penalties that many have called Draconian, treating crack-cocaine offenses far more harshly than ones involving powdered cocaine.

Several commission members said the perception over the years that crack-related prosecutions had affected black defendants and their relatives far more than white people was having a corrosive effect on the criminal justice system, influencing juries, potential witnesses and law enforcement officers as well as defendants.

The vote was followed by applause from relatives of prisoners who attended the session. But the decision to apply retroactivity does not mean a "get-out-of-jail-free card," as one panel member put it.

In addition to the 19,500 prisoners who may become eligible for early release sooner or later, there are 16,000 to 17,000 people incarcerated for crack-related crimes who have virtually no hope of a break. Some of them were given the absolute minimum term in the first place, and so have nothing to gain. Others were arrested with huge amounts of crack or deemed career offenders, and were sentenced to long terms with no hope of leniency.

The Bush administration opposed the decision.

## U.S. judges block order on prison files

SACRAMENTO — A special panel of federal judges yesterday blocked a lower judge's order that Gov. Arnold Schwarzenegger must turn over 10,000 internal documents to lawyers who want to reduce the state's prison population.

A magistrate judge in Sacramento last week ordered the state to turn over the documents.

Schwarzenegger appealed that decision to a three-judge panel that is considering whether California prisons are so crowded that the conditions violate inmates' human rights.

The three judges scheduled a hearing for tomorrow in San Francisco on whether the papers should be released. They say the voluminous paperwork may delay a February trial on whether the state's prison population should be capped.

Associated Press



Leave !! Here To Be Read in Library only

"Civil Rights Complaint

For "Punitive & Compesatory Damages AGAINST "San Diego County Sheriff's Deptpartmen From FEb 2003 to June 2003

PuRsuant To 42 U.S.C. Section 1983 With Exhibits & Pintiment Documents included.

HARVEY X (Robinson)
(Name)
R.J.D.C.F. I Po Box 799004
(Address)
San Diego, CA 92179
(City, State, Zip)
T 94046
(CDC Inmate No.)

# United States District Court
## Southern District of California

HARVEY X (Robinson), T94046
(Enter full name of plaintiff in this action.)

         Plaintiff,

v.

San Diego County Sheriffs Deputy Russell
S.D.C.S.D. Morrissey
S.D.C.S.D. Grinolva
S.D.C.S.D. SGT meeks
S.D.C.S.D. MacKraken
S.D.C.S.D. Chang
S.D.C.S.D. Olsen

Also Defendants
★ Does 1-4 (To be named laken After discovery)
(Enter full name of each defendant in this action.)    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Case No._____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below. **Jurisdiction is Pursuant To 28 U.S.C. § 1343(A)(3) & 42 U.S.C § 1983**

## B. Parties

1. **Plaintiff:** This complaint alleges that the civil rights of Plaintiff, HARVEY X (Robinson),
(print Plaintiff's name)
Were Grossly & Egregiously Violated who presently resides at R.J.D.C.F. I Po Box 799004,
(mailing address or place of confinement)
Plaintiff's Eighth Amendment's Rights Were Violated & that were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at San Diego County Jail Cen
April 3, 2005   May 15, 2003
on (dates) ~~~~~~~~~ , ~~~~~~~~~ , and April 12, 2003
(Count 1)         (Count 2)              (Count 3)
_____
(institution/place where violation occurred)
Count (4) 5-30-03
on date

§ 1983 SD Form

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant **Russell** resides in **San Diego**
   (name)                                         (County of residence)
and is employed as a **San Diego County Sheriffs Deputy** . This defendant is sued in
              (defendant's position/title (if any))

(his/her ■ individual □ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: **This defendant was A County employee who Knew**
**That On 5-15-03, his "maliciously" and deliberately Slamming Plaintiffs**
**hand in the Tray Slot Served No "Penalogical" purpose went beyond the bounds of the bu**

Defendant **Morrissey** resides in **SAN DIEGO**
   (name)                                        (County of residence)
and is employed as a **San Diego County Sheriffs Deputy** . This defendant is sued in
              (defendant's position/title (if any))

(his/her ■ individual □ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: **This Defendant Use the badge of San Diego County Sheriffs**
**Deputy When he "Threaten Me" With "Criminal Threats and Racial SLURS**
**and Went beyond the bounds of the protocol for A "San Diego County Deputy Sheriff**

Defendant **Grijalva** resides in **SAN DIEGO**
   (name)                                     (County of residence)
and is employed as a **San Diego County Sheriffs Deputy** . This defendant is sued in
              (defendant's position/title (if any))

(his/her ■ individual □ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: **Defendant Grijalva Was the Pro-Per deputy and As Such**
**Knew enough about the law to Know that A Pro-Per detainee Couldn't be denied legal**
**law library when they had A important motion Coming up. defendant Grijalva Went beyond these boun**

Defendant **SGT Meeks** resides in
   (name)                                (County of residence)
and is employed as a **San Diego County Sergeant Deputy** . This defendant is sued in
              (defendant's position/title (if any))

(his/her ■ individual □ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: **Defendant Meeks Knew or Should have Known that**
**his Officers, fellow Deputies Violated Plaintiff's Civil Rights by**
**Using "Excessive", and Unnecessary force When ESCorting him out of the**
**Jail (To any) and he did nothing to intervine**

Defendant resides in (County of Residence)
   (Name)
and is employed as a **MACICRAKEN** . This defendant is sued in
his/her ■ individual ■ official capacity (Check one or both) Explain how this defendant was acting
under color of law **When he refuse To stop two "Hispanic**
**detainees from Wantonly and brutaly " Assaulting Plaintiff**
**On 5-30-03, At San Diego County Jail Central.**

§ 1983 SD Form
(Rev 4/06)

2

Defendants CHONG _____ resides in SanDiego ,
(County of residence)

and is employed as a San Diego County Sheriffs Depty This defendant is sued in
(defendant position/title/etc rank)

his/her ☒ individual ☐ official Capacity. (Check one or both.) Explain how this
defendant was acting under color of law. When he Conspired to "assault"

Me Along with Defendant MacKraken, they went beyond the law

When they engaged in "Criminal" Practices against Plaintiff

Defendant O|son _____ . resides in San Diego
(Name)                                    (County of residence)

and is employed as a San Diego County sheriffs depaty This defendant is sued in

his/her ☐ Individual ☒ official Capacity. (Check one or both) Explain how this

defendant was Acting under color of law. Olson assaulted and Used" Excessive
force on Plaintiff when he "Assaulted" Plaintiff and went beyond
The bounds of a "Sheriff" and Violated Plaintiffs Civil Rights

✱ Please note plaintiff Plans to include Does 1-4
when "discovery is done and "Amended Complaint
is undertaken.

2(A)

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1:  The following civil right has been violated: S.D.C.S. Violated my Right to be Free From Cruel and unusual punishment under (E.g., right to medical care, access to courts, the U.S. constitutions eighth amendment, Also medical care specifically *Deliberate indifference to my serious medical needs due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 1. State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

Plaintiff Asserts That on the following dates his civil Rights Were Violated by the Aforemention San Diego County Sheriff's Deputies, The First incident was April 3, 2003, At San Diego County Jail (Central), When I was Physically & Sexually Assaulted by 4 San Diego County Deputy Sheriffs Who entered my cell on the above date and told me to Stand Up while They Tuff-cuffed ME against the wall they threw a cover over my head and told me not To move Well one deputy Put some object up my rectum I was in "Excruciating pain and told them to Stop They had some kind of plastic or maybe latex glove on they beat me & Sexually abused me for maybe 10-15 minutes then They took me down the Tier like this and Said I had a "Weapon". This incident has Caused me to have "Panick Attacks," Nightmares, and Headaches, The next day Two IA investigators showed up and I was Taken to the hospital where They the (Two IA) investigators witness the RN at San Diego County Jail Central Remove Some Object From my "Rectum". I was Then Transported to Villa View hospital For A "Sexual Abuse" Treatment and there I was Examined by Nurse Also This Event was "Traumatizing", and brought Great Mental Anguish Upon Plaintiff All Defendants involved Does 1-4 Acts, Action and Methods had No objectives, directives, or aims in the Penal System and were done To Cause Harm, the Defendant S and were not Resonaly Related to Security.

§ 1983 SD Form
(Rev. 4/06)    3

Count 2: The following civil right has been violated: Plaintiff's Civil Rights Under
(E.g., right to medical care, access to courts,
First Amendment "Freedom to Redress Goverment", Access To Courts.
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment,
etc.) Freedom of Speech & Due Process of Law

Supporting Facts:   [Include all facts you consider important to Count 2.  State what happened clearly and in
your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant,
by name, did to violate the right alleged in Count 2.] Plaintiff States That On 5-14-03, Defendant Grihalva Was
Plaintiff States That On 5-14-03, Defendant Grihalva Was
The Pro-Per Deputy and As Such Was directly responsible
For ensuring That Plaintiff Received Access To the courts
Via the County Jail law library defendant Grihalva
Was involved in a "Conspiracy" Against Plaintiff With his
Other fellow Deputies because Plaintiff Was on DI
Disciplinary Isolation, however As A Pro-Per Detainee
Plaintiff Was Still Entitled to law library Time because
he had motions and other legal business to do With
Respect to his case, Deputy Defendant "Grihalva Wouldn't
allow Plaintiff to "Utilize the Jail library in Violation
of Appellants Civil Rights. Plaintiff Further asserts That
MS. Julie Hardoff Works With Pro-Per deputy and
defendant "Grihalva" She has openly lied on This
Plaintiff in regards to belong to "Some Type of
Gang" That's Why he's in Green, Which she
MS. Hardoff has no Knowledge of and if ask
To "Substantiate" her Claim she couldn't do
it. Plaintiff Also Points out That "Defendant" Morrissey
has Constantly "Harrassed Plaintiff, Threaten Plaintiff
and called him names like you "Black Nigger" and
Constantly Called me by My First Name Harrassment means
"A Willful course of conduct directed At A Specific Person,
Group, or entity Which Seriously Alarms, Annoys, or Terrorizes
That Person, Group, or entity and Which Serves no legitimate Purpose.
Plaintiff States That All the defendants have engaged in
This Pattern of Conduct Which Served no legitimate Purpose
and Was "Arbitrary" and "Capricious".

§ 1983 SD Form
(Rev 4/06)

4

Count 3: The following civil right has been violated: CRuel and Unusual Punishment
" Due Process", "Medical Care" Retaliation
(E.g., right to medical care, access to courts,
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 3.]

Plaintiff asserts that Defendant Meeks was Present on 4-21-03, When Plaintiff was "Assaulted" in the San Diego County Jail Law library, by defendant "Olson" who clearly used "Excessive" force on Plaintiff and hollared "Racial" SLURS, SGT. Meeks was in a position of Authority When this incident occurred in the "Prison law library the San Diego County deputies were Attemping to THwart Plaintiffs Effort to Receive a fair Trial As he (Plaintiff was Pro-Per at the time and had to Vocerferovsly litigate his case As A Trained Attornay Would and SCSD (Herein San Diego County Sheriffs deputies) in "Concert" Conspired, and Retaliated Against Plaintiff as the record will "Clearly" Show and Attest to. Plaintiffs States that on or about April 21, 2003 he was A Occupant in San Diego Sheriffs County Jail in the law library doing some legal Research When deputies Deputy "Olson" First Told me if I didnt GET UP "Right" NOW he Would "Kill" my Black ass, I was on the phone with my Private investigator MR. Geary E. Mc Murray When this Event occurred naturaly I told him about what was happening I immediakly hung UP the phone, and asked Defendant Olson if I Could Stay longer because Defendant GRihalVA Said I Could Stay Until 1000 p. m Olson was.

## E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): _None_

_N/A_

_N/A_

_N/A_

2. Damages in the sum of $ _2.5 million_
3. Punitive damages in the sum of $ _2.5 million_.
4. Other: _Such Relief This Honorable Court Deems Just, Equitable and Prudent according to Proof_ .

## F. Demand for Jury Trial

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

## G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

_1-12-08_
Date

_Harvey K (Robinson)_
Signature of Plaintiff

# EXHIBIT A



# San Diego County Sheriff's Department

Post Office Box 429000 · San Diego, California 92142-9000

*William B. Kolender, Sheriff*

May 23, 2003

*John M. Drown, Undersheriff*

Harvey J. Robinson #3101295
San Diego Central Jail 7C-C10
P.O. Box 122952
San Diego, CA 92112-2952

Dear Mr. Robinson:

This correspondence concerns the complaint you filed with the San Diego County Sheriff's Department on April 3, 2003. An investigation has been conducted, and final disposition of the complaint was made on May 15, 2003. State law requires written notification to the complaining party of the disposition of complaints within thirty (30) days of the disposition. This correspondence shall constitute notification that information obtained in the investigation has resulted in the disposition of "Unfounded" in part, "Not Sustained" in part, and "Sustained" in part.

A disposition of "Unfounded" indicates that no violations of Sheriff's Department policies and procedures were found.

A disposition of "Not Sustained" indicates that the facts revealed in the investigation do not substantiate the allegation, or that insufficient evidence is available to prove the allegation and support disciplinary action against the employee.

A disposition of "Sustained" indicates that violations of Sheriff's Department policies and procedures were found, and appropriate follow-up personnel measures are being taken.

The extent that additional information may be disclosed concerning citizen's complaints and law enforcement personnel records, is restricted by state law as set forth in Penal Code §832.7. For that reason, the San Diego Sheriff's Department may only disclose the final disposition of the complaint.

I appreciate you taking the time to bring forward your concerns in this matter, and I hope any future contacts you have with members of this department will be positive ones. Please feel free to contact the Internal Affairs Unit at (858) 974-2065, if you have any further questions.

Sincerely,

WILLIAM B. KOLENDER, SHERIFF

Gary A. Cantrell, Lieutenant
Internal Affairs Unit

WBK:GAC:je          *"Keeping the Peace Since 1850"*

2003-108.1



**San Diego County Sheriff's Department**
Post Office Box 429000
San Diego, California 92142-9000

RECEIVED
SHERIFF'S DEPT
03 APR 24  PM 1:5

William B. Kolender, Sheriff OFFICE OF
INTERNAL AFFAIRS

## COMPLAINT FORM

PLEASE PRINT OR TYPE

| COMPLAINANT'S NAME | DATE OF BIRTH | HOME PHONE |
|---|---|---|
| HARVEY J. Robinson | 9-10-61 | |

| COMPLAINANT'S ADDRESS | CITY | ZIP | BUS. PHONE |
|---|---|---|---|
| 7420 Claire... mesh...d East 157 San Diego Ca 9111 | | | |

| LOCATION OF INCIDENT | CITY | DATE AND TIME OF INCIDENT |
|---|---|---|
| San Diego Central Jail Law Library | San Diego | 4-21-05 Approx 5:30 p.m |

NAMES OF SHERIFF'S PERSONNEL

Olson, Sgt. Williams & Sgt. Meeks.

BRIEF NARRATIVE OF COMPLAINT

I'm A PRO-PER Inmate & PRO-PER Deputy G.R. Aaiva Allows me to stay in the Law library or till 10:00 pm or before night-count on the day in question 4-21-05 Depy "Olson" was very boistous & Rude and told me If I didn't come now he would "Kill my Black Ass!" I Told him to go get a "Sergeant or Corporal because I felt Threaton and I Refuse to move until They arrived when They and the Olson Snatched my left arm and violently

CONTINUED ON
ADDITIONAL SHEETS

**148.6 P.C. ADVISORY STATEMENT:** YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER FOR ANY IMPROPER POLICE CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN COMPLAINTS AND ANY REPORTS OR FINDINGS RELATED TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.    IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING THAT IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE.
I have read and understood the above statement.

| SIGNATURE ☞ | DATE 4-21-03 |
|---|---|

---

INTERNAL AFFAIRS USE ONLY

| EMPLOYEE RECEIVING COMPLAINT | INTERNAL AFFAIRS | DATE & TIME 04-24-2003 |
|---|---|---|

RECEIVED IN I.A. BY:

☐ IN PERSON
☒ U.S. MAIL          NATURE OF COMPLAINT USE OF FORCE
☐ MESSENGER MAIL
☐ OTHER _____          ASSIGN TO SDCJ

| I.A. CASE # |
|---|
| 2003-108.1 |

SO-80  (Rev. 1/86)

CONTINUED

I have been CONSTANTLY "Vexed", "harassed,"
cajoled and "threaten" by the JAIL STAFF HERE
Who ARE MOSTLY White, I, have ALSO INFORMED
my Private Investigator "MR. GEARY E.
McMurray (Former NATIONAL City Homicide
DecTive), "INdepeNdeNT" INVESTIGATIONS,
256 WITHERSPOON, SUITE "L" EL-CAJON, CA 920
(619) 445-4986. You CAN call To verify the
Above INformation HE is ALSO IN RECEIPT of
many legal Documents Which I have advise
him To only disilate iN CASE of my
Death To Family Members, CONCERNING
The RAMpANT RABid Racism That is
INHERENT iN the SHERiFFs Dept.
(IN PArticular) AT SAN Diego CENTRAL
Jail, I have ALSO SENT A legal
letter To RON RobertS SAN Diego
CouNcilMAN AS Well AS the local
Chapters of N.A.A.C.P. & Urban
League, MR. Kolender, With all due
ResPecT Sir you need To get CoNtrol
of your SHERiFFs, or the whole SAN Diego
Media both PriNt & ElectroNic Will have A
field-day With the News StorY I Will bre

Dated: 4-21-03          Best Wishes For your
                        Success, Always
                        Harry B. Kolnar

Cont'd From Page 11 OF
IA COMPLAINT. Harvey Robinson

MY LIFE HAS BEEN THREATEN BY SAN DIEGO COUNTY SHERIFF'S DEPUTY'S THEY
ARE TRYING TO FORCIABLY REMOVE ME FROM THE LAW LIBRARY FOR NO REASON
WHICH IS A DENIAL OF MY CONSTITUTIONAL RIGHTS TO HAVE ACCESS TO THE COURTS
AND TO SELF-REPRESENTATION,THEIR ACTIONS HAVE NO GOALS,OBJECTIVES,OR
DIRECTIVES IN THE PENAL SYSTEM,AND ARE DONE TO FRUSTRATE MY EFFORTS TO
RECEIVE A FAIR TRIAL.
DATED:4-21-03

/S/ _____
HARVEY J.ROBINSON

SGT.WILLIAMS
SGT. meeKS
& Dept Olson
were All Present

when This Event
Happened SGT. williams & meeKS Acquiesced in the performance
OF Their "Fiduciary" duties and Allowed MR.
Olson To TAKE my PARtiAlly PARAlyzed LEFT ARM
and Rough Cuff me. I WANT A Formal
IA Investigation Conducted & I will ALSO
INFORM The "MEDIA" About The Brutal & SADISTIC
Gestapo" like TACTICS that are openly displayed Again
BlAck InmAtes AT DownTown Central JAil.

RECEIVED
S.D. SHERIFF'S DEPT



**San Diego County Sheriff's Department**
Post Office Box 429000
San Diego, California 92142-9000
William B. Kolender, Sheriff

03 MAY 21  AM 10: 29

OFFICE OF
INTERNAL AFFAIRS

## COMPLAINT FORM

PLEASE PRINT OR TYPE

| COMPLAINANT'S NAME | DATE OF BIRTH | HOME PHONE |
| --- | --- | --- |
| ROBINSON  SAN DIEGO | 9-10-61 | |

| COMPLAINANT'S ADDRESS | CITY | ZIP | BUS. PHONE |
| --- | --- | --- | --- |
| 1501 Imperial Ave San Diego, CA | | 92101 | N/A |

| LOCATION OF INCIDENT | CITY | DATE AND TIME OF INCIDENT |
| --- | --- | --- |
| San Diego Central Jail San Diego | | Various times of 2003 |

NAMES OF SHERIFFS PERSONNEL
Counselor    Deputy
MORRISSEY Grihalva, Julie Hardoff, Sgt meeks, Russell

BRIEF NARRATIVE OF COMPLAINT

All These Sheriff's Deputies or office and
staff, have Vicarously denied me my civil Rights,
in concert, and in c"oration of State and County
Law. proper Deputy Grihalva has been Clothed in the
power of State Law and uses it to systematically stop me
from getting A Fair Trial. I've been placed on DI not
because of my Disciplinary habits but due to political &
Religious persecution which is also in violation of the [CONTINUED ON ADDITIONAL SHEETS ☒]

**148.6 P.C. ADVISORY STATEMENT:** YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER FOR ANY IMPROPER POLICE CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN COMPLAINTS AND ANY REPORTS OR FINDINGS RELATED TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS. IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING THAT IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE.

I have read and understood the above statement.

SIGNATURE ☞ _Harvey R Robinson_    | DATE 5-14-03

### INTERNAL AFFAIRS USE ONLY

EMPLOYEE RECEIVING COMPLAINT _____    DATE & TIME _____

RECEIVED IN I.A. BY:

☐ IN PERSON
☐ U.S. MAIL
☐ MESSENGER MAIL    NATURE OF COMPLAINT _____
☐ OTHER _____    ASSIGN TO _____    | I.A. CASE # |

SO-80 (Rev. 7/99)

 **San Diego County Sheriff's Department** 

Post Office Box 429000 · San Diego, California 92142-9000

*William B. Kolender, Sheriff*

*John M. Drown, Undersheriff*

May 19, 2003

Harvey J. Robinson #3101295
San Diego Central Jail
PO Box 122952
San Diego CA 92112-2952

Dear Mr. Robinson:

This correspondence concerns the complaint you filed with the San Diego County Sheriff's Department on April 21, 2003. An investigation has been conducted, and final disposition of the complaint was made on May 16, 2003. State law requires written notification to the complaining party of the disposition of complaints within thirty (30) days of the disposition. This correspondence shall constitute notification that information obtained in the investigation has resulted in the disposition of "Unfounded".

A disposition of "Unfounded" indicates that no violations of Sheriff's Department policies and procedures were found.

The extent that additional information may be disclosed concerning citizen's complaints and law enforcement personnel records, is restricted by state law as set forth in Penal Code §832.7. For that reason, the San Diego Sheriff's Department may only disclose the final disposition of the complaint.

I appreciate you taking the time to bring forward your concerns in this matter, and I hope any future contacts you have with members of this department will be positive ones. Please feel free to contact the Internal Affairs Unit at (858) 974-2065, if you have any further questions.

Sincerely,

WILLIAM B. KOLENDER, SHERIFF

Gary A. Cantrell, Lieutenant
Internal Affairs Unit

WBK:GAC:pgl

*"Keeping the Peace Since 1850"*

Internal affairs complaint #832.5
Citizens Complaint
Continued

U.S. Constitution, Deputy Russel deliberately with "police" and [illegible] slammed my hand in the tray slot and laughed about it. Required me to spend which months I didn't have for my medical. In April of 2003, I filed a Grievance but never heard anything about it. Counselor Tyler, Hardoff, also works in the law library with pro-per deputy Grchavva she has openly lied on me on my probation report, 3rd degiven False information that she knew or should have known would cause me to be denied, "Drug Court" and Probation. Deputy MORRISSEY has constantly Harrased me, Cajoled, Threaten, & Called me names & made "Racial Slurs". and said my first name when I told him I didn't like him calling me by my first name "HARVEY". And last but not least SGT. meeks has constantly tried to Intimidate me by calling names, Racial Slurs. These officers, staff and deputies leave a sour taste on the name of San Diego County Sheriff Dept. And should all be Relieved of their duties.

Dated: 5-15-03

1S1 Harvey J. Robinson
In propria persona

*Complaintont is Requesting All I A Complaints and disposition From Jan 2003 until may 2003*



San Diego County Sheriff's Department
Post Office Box 939062
San Diego, California 92193-9062

William B. Kolender, Sheriff

CDC# T94046

## COMPLAINT FORM

PLEASE PRINT OR TYPE

| COMPLAINANT'S NAME | DATE OF BIRTH | HOME PHONE |
|---|---|---|
| Harvey J. Robinson | 9-10-61 | N/A |

| COMPLAINANT'S ADDRESS | CITY | ZIP CODE | BUSINESS PHONE |
|---|---|---|---|
| SDCJ (Central) PO Box 122952 San Diego | | 92102-2952 | N/A |

| LOCATION OF INCIDENT | CITY | DATE AND TIME OF INCIDENT |
|---|---|---|
| SDCJ | San Diego | between FEB ~ may 2003 |

NAME(S) OF SHERIFF'S PERSONNEL
Names unavailable As all legal Documents were disgarded by sheriffs

BRIEF NARRATIVE OF COMPLAINT

Complaintont was Physically & Sexvally Assaulted by several San Diego County Deputies he loded A Formal Complaint (Physical) Evidence was obtained by medical STAFF, Complaintont was taken To Villa View Hospital where A "Sexval Assault" Team interviewd him & Examined him, Pictures were taken by the 2 San Diego County Deputies (I. A. Investigators) of myself As well As my Cell. I Need All Information concerning

☒ CONTINUED ON ADDITIONAL SHEETS

148.6 P.C. ADVISORY STATEMENT: YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER FOR ANY IMPROPER POLICE CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN COMPLAINTS AND ANY REPORTS OR FINDINGS RELATED TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS. IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING THAT IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE.

I have read and understand the above statement.

SIGNATURE OF COMPLAINANT: Harvey J. Robinson    DATE: 12-10-07

### INTERNAL AFFAIRS USE ONLY

EMPLOYEE RECEIVING COMPLAINT:    DATE & TIME:

RECEIVED IN I.A. BY:

☐ IN PERSON
☐ U.S. MAIL    NATURE OF COMPLAINT:
☐ MESSENGER MAIL    ASSIGN TO:
☐ OTHER:

| I.A. CASE # |
|---|
|  |

IA-1  (Rev. 10/06)



**San Diego County Sheriff's Department**

RECEIVED
SHERIFF'S DEPT

Post Office Box 429000

San Diego, California 92142-9000   03 APR 24  PM 1:5?

William B. Kolender, Sheriff   OFFICE OF
INTERNAL AFFAIRS

## COMPLAINT FORM

PLEASE PRINT OR TYPE

| COMPLAINANT'S NAME | DATE OF BIRTH | HOME PHONE |
| HARVEY J. Robinson | 9-10-61 | |

| COMPLAINANT'S ADDRESS | CITY | ZIP | BUS. PHONE |
| 7420 Claire montmesn blvd Emt# 155 San Diego Ca 92111 | | | |

| LOCATION OF INCIDENT | CITY | DATE AND TIME OF INCIDENT |
| San Diego Central Jail Law Library | | 4-21-03 Approx 5:30 p.m |

NAMES OF SHERIFF'S PERSONNEL

OLSON, SGT. Williams & SGT. Meeks.

BRIEF NARRATIVE OF COMPLAINT

I'm A Pro-PER Inmate & Pro-PER DEPUTY GREAIVA Allows me to stay in the law library until 10:00 pm or before Night-count on the day in Question 4-21-03 DEPUTY "Olson" was very boisthous & Rude and told me If I didn't come Now he would "Kill my Black ASS" I told him to go get A "SERGENT Or CORPORAL because I felt Threaten and I Refuse To move until They Arrived when They said Me "Olson" snatched my left Arm and Violently ☒ CONTINUED ON ADDITIONAL SHEETS

**148.6 P.C. ADVISORY STATEMENT:** YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER FOR ANY IMPROPER POLICE CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN COMPLAINTS AND ANY REPORTS OR FINDINGS-RELATED TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.   IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING THAT IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE.

I have read and understood the above statement.

| SIGNATURE ☞ | DATE 4-21-03 |

---

*INTERNAL AFFAIRS USE ONLY*

EMPLOYEE RECEIVING COMPLAINT ___INTERNAL AFFAIRS___   DATE & TIME 04-24-2003

RECEIVED IN I.A. BY:

☐ IN PERSON

☑ U.S. MAIL   NATURE OF COMPLAINT __USE OF FORCE__

☐ MESSENGER MAIL

☐ OTHER _____   ASSIGN TO ___SDCJ___

| I.A. CASE # |
| 2003-108.1 |

SO-80  (Rev. 1/96)

RECEIVED
S.D. SHERIFF'S DEPT

**San Diego County Sheriff's Department**

03 MAY 21 AM 10: 29

Post Office Box 429000

San Diego, California 92142-9000 OFFICE OF
INTERNAL AFFAIRS

William B. Kolender, Sheriff



## COMPLAINT FORM

PLEASE PRINT OR TYPE

| COMPLAINANT'S NAME | DATE OF BIRTH | HOME PHONE |
|---|---|---|
| ROBINSON SAN DIEGO | 9-10-61 | |

| COMPLAINANT'S ADDRESS | CITY | ZIP | BUS. PHONE |
|---|---|---|---|
| 1501 Imperial Ave San Diego, CA | San Diego | 92101 | N/A |

| LOCATION OF INCIDENT | DATE AND TIME OF INCIDENT |
|---|---|
| SAN DIEGO Central Jail SAN DIEGO | VARIOUS TIMES OF 2003 |

NAMES OF SHERIFFS PERSONNEL Counselor Deputy
MORRISSEY GRIHAIVA, Julie Hardoff, Sgt. meaks Russell

BRIEF NARRATIVE OF COMPLAINT

All These Sheriff's Deputies or Officers, STAFF, have Vicarously denied me my Civil Rights, in Concert, and in derrogation of State and County Law. Proper Deputy Grihaiva has been Clothed in The Power of State Lawanduses It to systematically stop me from getting a Fair Trial, I've been placed on DI not because of my Disciplinary habits that due to Political & Religious Persecution which is also illegal under the

☒ CONTINUED ON ADDITIONAL SHEETS

**148.6 P.C. ADVISORY STATEMENT:** YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER FOR ANY IMPROPER POLICE CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN COMPLAINTS AND ANY REPORTS OR FINDINGS RELATED TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.    IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING THAT IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE.

I have read and understood the above statement.

SIGNATURE ☞ Harvey B. Robinson    |    DATE 5-14-03

*INTERNAL AFFAIRS USE ONLY*

| EMPLOYEE RECEIVING COMPLAINT | DATE & TIME |
|---|---|

RECEIVED IN I.A. BY:

☐ IN PERSON

☐ U.S. MAIL          NATURE OF COMPLAINT _____    | I.A. CASE #

☐ MESSENGER MAIL

☐ OTHER          ASSIGN TO _____

SO-80 (Rev. 7/99)



## San Diego County Sheriff's Department

Post Office Box 429000 · San Diego, California 92142-9000

*John M. Drown, Undersheriff*

*William B. Kolender, Sheriff*
May 19, 2003

Harvey J. Robinson #3101295
San Diego Central Jail
PO Box 122952
San Diego CA 92112-2952

Dear Mr. Robinson:

This correspondence concerns the complaint you filed with the San Diego County Sheriff's Department on April 21, 2003. An investigation has been conducted, and final disposition of the complaint was made on May 16, 2003. State law requires written notification to the complaining party of the disposition of complaints within thirty (30) days of the disposition. This correspondence shall constitute notification that information obtained in the investigation has resulted in the disposition of "Unfounded".

A disposition of "Unfounded" indicates that no violations of Sheriff's Department policies and procedures were found.

The extent that additional information may be disclosed concerning citizen's complaints and law enforcement personnel records, is restricted by state law as set forth in Penal Code §832.7. For that reason, the San Diego Sheriff's Department may only disclose the final disposition of the complaint.

I appreciate you taking the time to bring forward your concerns in this matter, and I hope any future contacts you have with members of this department will be positive ones. Please feel free to contact the Internal Affairs Unit at (858) 974-2065, if you have any further questions.

Sincerely,

WILLIAM B. KOLENDER, SHERIFF

Gary A. Cantrell, Lieutenant
Internal Affairs Unit

WBK:GAC:pgl

*"Keeping the Peace Since 1850"*

*Internal Affairs*
*Continued*

CITIZENS Complaint

U.S. CONSTITUTION. Deputy Russel deliberately with "malice" and [illible] slammed my hand in the tray slot and laughed about it. Required me to spend monies I didn't have for Medical. In April of 2003, I filed a grievance with anything about it. Counselor Tyler works in the law library with Pro-per deputy Orchalva she has openly lied on me on my Probation Report, and given FALSE INFORMATION that she knew or should have known would cause me to be denied "Drug Court and Probation. Deputy MORRISSEY has constantly Harrased me, Cajoled, threaten, & called me names & made "RACIAL SLURS"... And said my First name when I told him I didn't like him Calling me by my First Name "HARVEY".... And last but not least SGT. meeks has Constantly tried to Intimidate me by Calling names & Racial Slurs, These officer's, Staff and Deputies leave a Sour taste on the Name of San Diego County SHERIFFS Dept, And Should All be Relieved of Their duties..

DATED: 5-15-03

Is / Harvey J. Robinson
Jiv Proprio persura

*Complaintant is requesting All I.A. Complaints and disposition from Jan 2003 until May*

San Diego County Sheriff's Department
Post Office Box 939062
San Diego, California   92193-9062

2007 DEC 13 PM 2:39

William B. Kolender, Sheriff

CDC # T94046

# COMPLAINT FORM

PLEASE PRINT OR TYPE

| COMPLAINANT'S NAME | DATE OF BIRTH | HOME PHONE |
|---|---|---|
| Harvey J. Robinson | 9-10-61 | N/A |

| COMPLAINANT'S ADDRESS | CITY | ZIP CODE | BUSINESS PHONE |
|---|---|---|---|
| SDCJ (Central) PO Box 122952 San Diego | | 92182-2952 | N/A |

| LOCATION OF INCIDENT | CITY | DATE AND TIME OF INCIDENT |
|---|---|---|
| SDCJ | San Diego | between FEB-May 2003 |

NAME(S) OF SHERIFF'S PERSONNEL

Names unavailable as all legal Documents were disgarded by sheriffs

BRIEF NARRATIVE OF COMPLAINT

Complaintant was physically & sexually Assaulted by several San Diego County Deputies he lodged A formal Complaint (physical) Evidence was obtained by medical Staff, Complaintant was taken To Villa View Hospital where A "sexual Assault" Team interviewed him & Examined him, pictures were taken by the 2 San Diego County Deputies (I.A. Investigators) of myself As well As my Cell. I Need All Information Concerning

CONTINUED ON ADDITIONAL SHEETS [X]

148.6 P.C. ADVISORY STATEMENT: YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER FOR ANY IMPROPER POLICE CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN COMPLAINTS AND ANY REPORTS OR FINDINGS RELATED TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS. IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING THAT IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE.

I have read and understand the above statement.

SIGNATURE OF COMPLAINANT: Harvey J. Robinson         DATE: 12-10-07

## INTERNAL AFFAIRS USE ONLY

EMPLOYEE RECEIVING COMPLAINT:                    DATE & TIME:

RECEIVED IN I.A. BY:

☐ IN PERSON

☐ U.S. MAIL                    NATURE OF COMPLAINT:

☐ MESSENGER MAIL              ASSIGN TO:

☐ OTHER:                                                    I.A. CASE #

IA-1  (Rev. 10/06)

Contiuation Page for I A Complaint

This incident. I was Also physically Assaulted by
Two Hispanic inmate in 2003, I Went to RJDc
I was interviewed by Deputy DA John Philpot
I Asked him was I entitled to Victim's Compensat
As I was the "Victim of a violent Crime the 2
inmates were convicted based on the "Video Tape
Evidence Which Showed I was clearly Attacked
and Targeted, Testimony from one inmate
indicated That San Diego County Sheriff's
Deputies were Cupable in this "Vicious"
and "Wanton Attack, my Door was opened
by the Control officer  I was finishing
UP DI and I had A lot of problems Then
With Sheriff's Deputies, I'd like the IA
Report on this Incident As well
I have A documented "Seizure disorder"
and I Fell 40ft from A building in 2002 (August,
Sustaining Serious injuries To head, body & Eyes
Im legally blind in my (R) Eye and my visual
Acuity is less than 20/200 in (L) Eye, Required to have
Blind cane. Please Send All information Requested As
This is the 3rd Request on Your IA Brochure it States
" You can be Sure That Your complaint will be given Full
and Complete Consideration"... I Cannot Tell At This Junct

Respectfully Written

/ S / ____ J. Robinson
Harvey J. Robinson

Dated: 12-10-07

Note. Complaintant is Scheduled to be
Transferred To State Prison Any day
So If Im not AT SDCJ Please Foward to RJPCF

2003-152.1



RECEIVED
S.D. SHERIFF'S DEPT
03 JUN -4 AM 10: 51

OFFICE OF
INTERNAL AFFAIRS

## San Diego County Sheriff's Department

Post Office Box 429000
San Diego, California 92142-9000

William B. Kolender, Sheriff



### COMPLAINT FORM

PLEASE PRINT OR TYPE

| COMPLAINANT'S NAME | DATE OF BIRTH | HOME PHONE |
|---|---|---|
| Harvey J. Robinson | 9-10-61 | |

| COMPLAINANT'S ADDRESS | CITY | ZIP | BUS. PHONE |
|---|---|---|---|
| 1501 Imperial Ave SanDiego, Ca 92101 | | | N/A |

| LOCATION OF INCIDENT | CITY | DATE AND TIME OF INCIDENT |
|---|---|---|
| 6F SanDiego Central Jail SanDiego | | 5-30-03 |

NAMES OF SHERIFF'S PERSONNEL
MacKracken, Chong & JohnDoe # 1 (Don't Know)

BRIEF NARRATIVE OF COMPLAINT

ON 5-30-03 I was Expecting dayroom As I had
Completed my "Disciplinary Isolation prior To the Incident
Deputies MacKracken, Chong & Doe #1 Threaten To
do "Physical harm & have me killed See Affidavit
Signed by 2-Inmates, my Cell door Opened so
I went out to the dayRoom To ask the Tower
Deputies if it was Standard procedure to let Another inmate
out with Other Inmates before I got

☑ CONTINUED ON ADDITIONAL SHEETS

**148.6 P.C. ADVISORY STATEMENT:** YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER FOR ANY IMPROPER POLICE CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN COMPLAINTS AND ANY REPORTS OR FINDINGS RELATED TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS. IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING THAT IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE.

I have read and understood the above statement.

| SIGNATURE ☞ | DATE 5-30-03 |
|---|---|

### INTERNAL AFFAIRS USE ONLY

| EMPLOYEE RECEIVING COMPLAINT | INTERNAL AFFAIRS | DATE & TIME 06-04-2003 |
|---|---|---|

RECEIVED IN I.A. BY:

☐ IN PERSON

☒ U.S. MAIL — NATURE OF COMPLAINT  UNBECOMING CONDUCT

☐ MESSENGER MAIL — ASSIGN TO  SDCJ

☐ OTHER _____

| I.A. CASE # |
|---|
| 2003-152.1 |

SO-80  (Rev. 7/99)

e①

(2) Inmates Assaulted me
The Deputies watched and
Did Not Try To Intervene to
Stop This Assault, Which based on
Information and Belief is A gross
Neglect of Their "Fiduciary" duties

That They have Sworn To whould
Deputies MacKraken, Chong & the
Tower Deputies were in "Conspiracy"
To Let These Inmates kill me".

They Broke A Broom handle which
was Sharp And held me down &
Drove It Near my Right back head
I didn't know I     was hit until
I saw my Shirt Red with    my blood
The Deputies Continued To Watch
As I was Stabbed Beat & Kicked for
Approximately 8-10 minutes too oww
Came into help I'm very much Injured &
Traumatized by This Whole Experience
─ over ─

Page 2

The Inaction of these Sheriffs
Is Irreprehensible, direct, deliberate,
& Calculated to cause harm to my person,
These actions had no Goals objective
or directives in the Penal System And
were done to cause harm or Allow
these Inmates whom I couldn't see
because my glasses were knocked off
And I'm Blind in my Right eye
however I only saw Inmates in to 78
my blindness but I Know that this
was planned by these Deputies

I declare under
Penalty of Per jury that
the foregoing is true
and correct. Execution
5-30-03 At S.D.C.J.

Dated: 5-30-03

Harry J. Robins



## San Diego County Sheriff's Department

Post Office Box 429000 · San Diego, California 92142-9000

*William B. Kolender, Sheriff*                July 8, 2003                *John M. Drown, Undersheriff*

Harvey J. Robinson #3101295
San Diego Central Jail
P.O. Box 122952
San Diego, CA 92112-2952

Dear Mr. Robinson:

This correspondence concerns the complaint you filed with the San Diego County
Sheriff's Department on June 4, 2003. An investigation has been conducted, and final
disposition of the complaint was made on July 1, 2003. State law requires written
notification to the complaining party of the disposition of complaints within thirty (30)
days of the disposition. This correspondence shall constitute notification that information
obtained in the investigation has resulted in the disposition of "Unfounded."

A disposition of "Unfounded" indicates that no violations of Sheriff's Department
policies and procedures were found.

The extent that additional information may be disclosed concerning citizen's complaints
and law enforcement personnel records, is restricted by state law as set forth in Penal
Code §832.7. For that reason, the San Diego Sheriff's Department may only disclose the
final disposition of the complaint.

I appreciate you taking the time to bring forward your concerns in this matter, and I hope
any future contacts you have with members of this department will be positive ones.
Please feel free to contact the Internal Affairs Unit at (858) 974-2065, if you have any
further questions.

Sincerely,

WILLIAM B. KOLENDER, SHERIFF

Gary A. Cantrell, Lieutenant
Internal Affairs Unit

WBK:GAC:je

*"Keeping the Peace Since 1850"*

CONTINUED)

I have been CONSTANTLY "Vexed", "harassed,"
Cajoled and "Threaten by the JAIL STAFF HERE
Who ARE MOSTLY white, I have ALSO INFORMED
my PRIVATE Investigator "MR. GEARY E.
MCMurray (FORMER NATIONAL CITY Homicide
DECTive); "INDEPENDENT INVESTIGATIONS,
256 WITHERSPOON, SUITE "L" EL-CAJON, CA 9201
(619) 445-4986. You CAN CAll To VERIFY the
Above INFORMATION HE IS ALSO IN RECEIPT of
MANY Legal DocumentS which I have Advis
him To Only dissilate iN CASE OF my
Death To FAMILY MEMBERS, CONCERNING
The RAMPANT RABID Racism That is
INherent in the Sheriffs Dept.
(IN PARTICULAR) AT SAN Diego CentRAL
Jail, I have also SenT A Legal
Letter To Ron RobertS SAN Diego
CouncilMAN as well as the locAL
ChapterS of N.A.A.C.P. & URBAN
League, MR. Kolender, with all dou
Respect Sir you need To get Contro
of your SheriffS, oR the whole SAN DIEGO
Media both PRINT & Electronic will have A
Field-day with the News Story I will bri

DATED: 4-21-03    Best Wishes For your
                  SUCCESS, Always
                  Harvey B. Robinson

Cont'd From Page 11 OF
I A COMPLAINT. Harvey Robinson

MY LIFE HAS BEEN THREATEN BY SAN DIEGO COUNTY SHERIFF'S DEPUTY'S THEY
ARE TRYING TO FORCIABLY REMOVE ME FROM THE LAW LIBRARY FOR NO REASON
WHICH IS A DENIAL OF MY CONSTITUTIONAL RIGHTS TO HAVE ACCESS TO THE COURTS
AND TO SELF-REPESENTATION, THEIR ACTIONS HAVE NO GOALS, OBJECTIVES, OR
DIRECTIVES IN THE PENAL SYSTEM, AND ARE DONE TO FRUSTRATE MY EFFORTS TO
RECEIVE A FAIR TRIAL.
DATED: 4-21-03

/S/ _____

HARVEY J. ROBINSON

SGT. WILLIAMS
SGT. Meeks
& Dept Olson
Were All Present
when This Event
Happened SGT. williams & meeks Acquiesced in the performance
Of Their "Fiduciary" duties and Allowed MR.
Olson To Take my Partially Paralyzed LEFT ARM
and Rough Cuff me. I WANT A Formal
I A Investigation Conducted & I will Also
Inform The "MEDIA" About The Brutal & Sadistic
Gestapo" like Tactics that are openly displayed again
Black Inmates AT DownTown Central Jail.

San Diego Central Jail / J-2 Cell 8
P.O. Box 122952
San Diego, CA 92112-2952

RECEIVED
S.D. SHERIFF'S DEPT

03 APR 14 PM 3:10

OFFICE OF
INTERNAL AFFAIRS

Gary A. Cantrell, Lieutenant, Internal Affairs Unit
San Diego County Sheriff's Department
P.O. Box 429000, San Diego, CA 92142-9000

Mr. Cantrell,

I'm writing this letter to let you know that I am in receipt of your correspondance dated 4-3-2003. I have some very "Salient" questions to ask you concerning the duties and responsibilities of San Diego County Sheriffs. I first must tell you that I'm being retaliated against for filing grievances and helping other inmates initiate and file grievances & law suits against San Diego County Sheriff's Dept. I have documented all my allegations and will be able to prove them all conclusively. I'm writing to get (2) I A "Citizens Complaint Forms, I'm ask for them continuously but the Deputies have vehemently refused to provide me with them. I have also been written up several times by the very Deputies who I've filed "Citizens Complaints" against "Wishaar", Willis and Vargas.

I'd like you to clearify a very important question to ask. What is your policy on asking a San Diego County Sheriff's Deputy his/her name? I'm totally blind in my right eye and I have myopia in my left eye... I'm looking foward to a speedy reply to this letter in the near future. Again Thank you for your assiduous help in regard to these matters.

Dated: April 8, 2003               /S/ Harvey
                                   Harvey Robinson

page 3

The Inaction of These Sheriffs

Is Inexthensible, direct, deliberate, & Calculated To Cause harm To my person.

These actions had no Goals objectives or directives in the Penal System And were done To Cause harm or allow

These Inmates whom I couldn't see

because my glasses were Knocked off And I'm blind for my Right Eye however I only saw Inmates

my blindness but I Know That This was Planned by These Deputies

I declare under penalty of perjury that The foregoing is true and correct. Execution on 5-30-03 AT S.D.C.J.

DATED: 5-30-03

Harry J. Robin

Continuation Page for IA Complaint

This incident. I was also physically assaulted by two Hispanic inmate in 2003, I went to RJB. I was interviewed by Deputy DA John Philpox I asked him was I entitled to Victim's Compensation as I was the "Victim of a Violent Crime" the 2 inmates were convicted based on the "Video Tape" Evidence which showed I was clearly Attacked and Targeted, Testimony from one inmate indicated That San Diego County Sheriff's Deputies were Culpable in this "Vicious" and "Wanton Attack, my Door was opened by the control officer I was finishing up DI and I had a lot of Problems Then with Sheriff's Deputies, I'd like the IA Report on this Incident as well I have a documented "Seizure disorder" and I fell 40 FT from a building in 2002 (August) Sustaining Serious injuries to head, body & Eyes I'm legally blind in my (R) Eye and my visual acuity is less than 20/200 in (L) Eye Required to have Blind Cane. Please Send All information Requested as This is the 3rd Request on Your IA Brochure it state "You can be sure that your complaint will be given Full and Complete Consideration"... I cannot tell at this Juncture

Respectfully Written.

Dated: 12-10-07          /S/ Harvey J. Robinson
                                   Harvey J. Robinson

Note: Complaintant is Scheduled to be Transferred To State Prison Any Day So If I'm not at SDCJ Please Forward to RJDCF in the Above Name CDC# T94046     480 Alta Rd San Diego, Ca. 921

 

2003-152.1

RECEIVED
S.D. SHERIFF'S DEPT
'03 JUN -4 AM 10: 51
OFFICE OF
INTERNAL AFFAIRS



### San Diego County Sheriff's Department
Post Office Box 429000
San Diego, California 92142-9000
William B. Kolender, Sheriff

## COMPLAINT FORM

PLEASE PRINT OR TYPE

| COMPLAINANT'S NAME | DATE OF BIRTH | HOME PHONE |
|---|---|---|
| HARVEY J. ROBINSON | 9-10-61 | |

| COMPLAINANT'S ADDRESS | CITY | ZIP | BUS. PHONE |
|---|---|---|---|
| 1501 Imperial Ave San Diego, CA 92106 | | | N/A |

| LOCATION OF INCIDENT | CITY | DATE AND TIME OF INCIDENT |
|---|---|---|
| 6F   San Diego Central Jail San Diego | | 5-30-03 |

NAMES OF SHERIFF'S PERSONNEL
MacKracken, Chong & John Doe #1 (Don't Know)

BRIEF NARRATIVE OF COMPLAINT
On 5-30-03 I was Expecting day room As I had
Completed my "Disciplinary Isolation" prior to the incident
Deputies MacKracken, Chong & Doe #1 Threaten to
do Physical harm & have me killed See Affidavit
signed by 2-Inmates my Cell door Opened so
I went out to the day Room to ask the Tower
Deputies If it was Standard procedure to let Another Inmate
out with Other Inmates before I got          CONTINUED ON ADDITIONAL SHEETS [✓]

148.6 P.C. ADVISORY STATEMENT: YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER FOR ANY IMPROPER POLICE CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN COMPLAINTS AND ANY REPORTS OR FINDINGS RELATED TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS. IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING THAT IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE.
I have read and understood the above statement.

| SIGNATURE ☞ | DATE 5-30-03 |
|---|---|

### INTERNAL AFFAIRS USE ONLY

| EMPLOYEE RECEIVING COMPLAINT   INTERNAL AFFAIRS | DATE & TIME 06-04-2003 |
|---|---|

RECEIVED IN I.A. BY:

- [ ] IN PERSON
- [x] U.S. MAIL
- [ ] MESSENGER MAIL
- [ ] OTHER _____

NATURE OF COMPLAINT  UNBECOMING CONDUCT

ASSIGN TO   SDCJ

I.A. CASE #
2003-152.1

SO-80 (Rev. 7/99)

**Proof of Service**

I, _Harvey X (Robinson) T94846_ am a resident of R. J. Donovan Prison, in the County of San Diego, State of California; I am over the age of eighteen (18) years and am not a party of the above – entitled action. My State Prison address is:

480 Alta Road, San Diego, California 92179

On _January 13, 2007_.    I served the foregoing:

_Civil Rights Complaint W/ Informa Paperis Form_
_With Exhibits_

**[ Set forth exact title of document (s) served ]**

on the party (s) herein by placing a true copy (s) thereof, enclosed in sealed envelope (s), with postage thereon fully paid, in the United State Mail, in a deposit box so provided at R. J. Donovan State Prison, California, 92179. _Clerk of the Court_
_United States District Court_
_Southern District of California_
_880 Front Street Rm 4290_
_San Diego, CA 92101 - 8900_

There is delivery service by the United States Mail at the place so addressed, and / or there is regular communication by mail between the place so addressed.

I declare under penalty of perjury that the foregoing in true and correct.

Executed on the _13_ day of _January_    at R. J. Donovan State Prison San Diego, California 92179

_Harvey X (Robinson)_
Signature of Declarant / Prisoner

Pursuant to the holding of the United States Supreme Court in Houston v. Lack 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED**

MAR 13 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RV1    DEPUTY

**I (a) PLAINTIFFS**

Harvey X Robinson

2254    1983

FILING FEE PAID    Yes    No

IFP MOTION FILED    Yes

COPIES SENT TO

Court    Prose

**DEFENDANTS**

Russell, et al.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED** San Diego
PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Harvey X Robinson
PO Box 799004
San Diego, CA 92179
T-94046

**ATTORNEYS (IF KNOWN)**

'08 CV 0487 H NLS

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question
  (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)    FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence - Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ Security Act | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 550 Civil Rights | | | ☐ 950 Constitutionality of State |
| ☐ 290 All Other Real Property | | | | | ☐ 890 Other Statutory Actions |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding
☐ 2 Removal from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**    JUDGE

Docket Number

DATE    3/13/2008

SIGNATURE OF ATTORNEY OF RECORD

R. Nell

CR