# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Harvey X. Robinson

                V.                             **JUDGMENT IN A CIVIL CASE**

San Diego Sheriff Deputy Russell, et al.

                                                    CASE NUMBER:    08CV0487-H(NLS)

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the civil action is dismissed as duplicative pursuant to 28 USC 1915A(b)(1).

| March 19, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/J. Petersen
(By) Deputy Clerk

ENTERED ON March 19, 2008